IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MEHMET SARUHAN ERDIKICI,<br><br>Petitioner,<br><br>v.<br><br>Luis Soto, warden of the Delaney Hall Detention Facility; Jonathan Florentino, acting Field Office Director, Newark Field Office of Immigration and Customs Enforcement; David J. Venturella, acting Director of U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of the U.S. Department of Homeland Security; Todd Blanche, acting U.S. Attorney General; in their official capacities | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action No. 26-09723 (KMW)<br><br>**ORDER**<br>**August 5, 2026** |

Respondents are hereby enjoined from transferring Petitioner from New Jerey pending further Order of the Court.

If Respondents determine that Petitioner (1) does **NOT** have a criminal history, and (2) is **NOT** subject to a final order of removal, Respondents shall **release** Petitioner within twenty-four (24) hours of the entry of this Order (a) in the State of New Jersey, if Petitioner was initially arrested in New Jersey, or otherwise as close to the place of initial arrest as reasonably practicable; (b) without additional conditions (such as ankle monitors or other electronic tracking devices); and (c) with all personal property seized at the time of arrest in the same condition as it existed immediately prior to arrest.

If Petitioner is not released and contends that he /she is being denied necessary **medical care**, prescribed medication, or is otherwise being subjected to unconstitutional conditions of confinement, the parties shall meet and confer within twenty-four (24) hours after entry of this Order. Petitioner's counsel shall initiate the conference. Within twenty-four (24) hours, the parties shall file a joint status report identifying the issues that remain in dispute and whether any relief can be provided without further Court intervention.

Within three (3) days after entry of this Order, Respondents shall file either: (a) a letter certifying Petitioner's release pursuant to this Order; or (b) a letter, not to exceed two pages, identifying (1) whether Petitioner has a criminal history, (2) whether Petitioner is subject to a final order of removal, and (3) the statutory authority under which Petitioner continues to be detained. Upon receipt of that letter, the Court will determine whether an expedited scheduling order or other proceedings are necessary.

KAREN M. WILLIAMS
United States District Judge